IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 95-50479

LUIS VELASQUEZ-CAMPUZANO;
JUANA CHAVEZ-LUJAN,

Plaintiffs-Appellants,

versus

MARFA NATIONAL BANK,

Defendant-Appellee.

Appeal from the United States District Court for the
Western District of Texas

June 11, 1996

Before GARWOOD, DAVIS and DeMOSS, Circuit Judges.[*]

PER CURIAM:

After considering the arguments of counsel, the briefs, and the relevant portions of the record, this Court concludes, essentially for the reasons given by the district court in its well-considered opinion, that summary judgment was correctly granted for defendant-appellee. Accordingly, the judgment of the district court is

---

[*]Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.